```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RICHARD DEWAYNE HUNT,
11           Petitioner,              No. CIV S-07-1052 FCD GGH P
12      vs.
13  CLAUDE FINN, Warden, et al.,
14           Respondents.             ORDER
15  _____/
```

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18            Since petitioner may be entitled to the requested relief if the claimed violation of

19  constitutional rights is proved, respondents will be directed to file a response to petitioner's

20  application.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1. Respondents are directed to file a response to petitioner's application within

23  thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

24  shall be accompanied by any and all transcripts or other documents relevant to the determination

25  of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

26  /////

1

Dockets.Justia.com

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 6/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
hunt1052.100fee

2