IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE HUNT,

    Petitioner,               No. CIV S-07-1052 FCD GGH P

    vs.

CLAUDE FINN, Warden, et al.,

    Respondents.           ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file a response to petitioner's application within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1         2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2   of an answer;
3         3. If the response to petitioner's application is a motion, petitioner's opposition or
4   statement of non-opposition shall be filed and served within thirty days of service of the motion,
5   and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6         4. The Clerk of the Court shall serve a copy of this order together with a copy of
7   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
8   Patrick Farrell, Senior Assistant Attorney General.
9   DATED: 6/25/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
hunt1052.100fee

2