IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DEWAYNE HUNT,

    Petitioner,                 No. CIV S-07-1052 FCD GGH P

    vs.

CLAUDE FINN, Warden, et al.,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2006 decision by the California Board of Parole Hearings (BPH) at his fourth parole consideration hearing finding him unsuitable for parole. On May 16, 2008, the Ninth Circuit granted rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008).

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 10/03/08                  /s/ Gregory G. Hollows

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
hunt1052.osc